**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 36158**

| | |
|---|---|
| STATE OF IDAHO, | ) | 2010 Unpublished Opinion No. 532 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: June 28, 2010 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| JESUS VASQUEZ SANCHEZ, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Ronald J. Wilper, District Judge.

Judgment of conviction and unified sentence of life with thirty-five years determinate for first degree murder, and fourteen-year concurrent determinate sentence for grand theft, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge, GRATTON, Judge
and MELANSON, Judge

_____

PER CURIAM

Jesus Vasquez Sanchez was convicted of first degree murder, Idaho Code §§ 18-4001, 18-4002, 18-4003, and grand theft, I.C. §§ 18-2403, 18-2407(1) and 18-2409. The district court imposed a unified sentence of life with thirty-five years determinate for first degree murder, and a fourteen-year concurrent determinate sentence for grand theft. Sanchez appeals, contending that the sentences are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of a sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Sanchez's judgment of conviction and sentences are affirmed.